IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL DARNELL OLIVER (AIS #207467), Plaintiff, | ) ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 13-00263-KD-B |
| BENNIE ASHBY, *et al.*, Defendants. | ) ) ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (Doc. 8) is made, the Report and Recommendation (Doc. 7) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 9, 2013, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 2) is **DENIED** and that this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

Judgment in accordance with this Order shall issue by separate document.

**DONE** and **ORDERED** this the **27th** day of **December 2013**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**